IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY T. KOCHEL** | : | CIVIL ACTION NO. 1:14-cv-1721 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **SOUTH LEBANON TOWNSHIP and** | : | |
| **OFFICER SEAN MCCARRICK** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a May 29, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 15th day of July, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation of Magistrate Judge Carlson. Defendants' motion to dismiss the plaintiff's complaint (Doc. No. 7) is **DENIED** with respect to defendant McCarrick, without prejudice to the filing of a properly documented motion for summary judgment, but **GRANTED** with respect to defendant South Lebanon Township.

**IT IS FURTHER ORDERED THAT** this case is referred back to Magistrate Judge Carlson for pretrial management.

 S/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania